BEFORE THE SECOND DIVISION, FEBRUARY 17, 1965

No. 69079.—J. E. Bernard & Co., Inc. *v.* United States, protest 60/4101–11225 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of plastic cases fitted with manicure implements similar in all material respects to those the subject of Abstract 67837, the claim of the plaintiff was sustained.

No. 69080.—C. Itoh & Co. (America), Inc. *v.* United States, protests 60/3006, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.